1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
3  12 WILLIAMSBURG LANE
   CHICO, CA. 95926
4  (530) 895-3252

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE | ) No. CIV.S 04-00206 FCD CMK |
| Plaintiff, | ) |
| vs. | ) **Order re: Plaintiff's Second Amended Complaint** |
| WALTER B. RICHEY AND CAROLYN D. RICHEY; PARMJIT SINGH dba RIVER MART; KULWINDER KAUR dba RIVER MART. | ) |
| Defendants. | ) |

1 | **<u>ORDER</u>**

2 | GOOD CAUSE HAVING BEEN SHOWN, Plaintiff's Second
3 | Amended Complaint is hereby deemed accepted and filed as of September
4 | 23, 2008.  The Clerk shall issue an Amended Summons reflecting the joinder
5 | of Parmjit Singh and Kulwinder Kaur as defendants.

7 | Dated:  September 23, 2008

9 | _____
  | FRANK C. DAMRELL, JR.
10 | UNITED STATES DISTRICT JUDGE

*White v. Divine Investments, Inc., et al.*                                         CIV.S-04-00206-FCD-CMK
**Order re:  Plaintiff's Second Amended Complaint**

Page 2